UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division


FILED
JUN - 9 2010
CLERK, US DISTRICT COURT
NORFOLK, VA

LESER, LLC,

    Plaintiff,

v.

ACTION NO. 4:09cv130

DELTA-T CORPORATION,

    Defendant.

## FINAL ORDER

This matter comes before the court on the Motion to Enforce Settlement, filed by the plaintiff on December 16, 2009. The matter was re-referred to a United States Magistrate Judge by order of April 13, 2010, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion. Also, a Motion to Withdraw as Attorney was filed by Matthew L. Curtis, attorney for the defendant, on May 11, 2010.

The United States Magistrate Judge conducted a hearing on May 17, 2010. The Magistrate Judge's Report and Recommendation was filed on May 18, 2010. The magistrate judge recommended that judgment be entered in favor of the plaintiff and against Delta-T Corporation, and also recommended that defendant's counsel be granted leave to withdraw. By copy of the Report and

Recommendation, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed May 18, 2010.

Accordingly, it is **ORDERED** that the Clerk shall enter judgment for the plaintiff and against Delta-T Corporation in the amount of $129,734.15, representing the sums due Leser, LLC, as of May 17, 2010, as justified by the undisputed evidence and the parties' Settlement Agreement.

It is further **ORDERED** that the case now having been concluded, the Motion to Withdraw as Attorney, filed by Matthew L. Curtis, attorney for the defendant, is **GRANTED** by the entry of the agreed Withdrawal Order with this Final Order.

The Clerk shall forward a copy of this Final Order to counsel for the parties, Mike Meier, Esquire, and Matthew L. Curtis, Esquire; and to Delta-T Corporation.

It is so **ORDERED**, this 9th day of June, 2010, at Norfolk, Virginia.

/s/

Rebecca Beach Smith
United States District Judge